IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No. 5:13CR50047-001 |
| | ) | |
| JUAN ARAIZA-CARRILLO | ) | |

### FINAL ORDER OF FORFEITURE

On September 5, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 28). In the Preliminary Order of Forfeiture, an E-Machines Model ET1810 personal computer, serial number PTNAL0X00292003F669000; E-Machines Model 900W monitor, serial number MZ56950N08719; SanDisk Cruiser Glide 4gb digital thumb drive, black in color; Evolis "Badgy" ID Card printer, serial number 10000170540; and, HP Model 305ZA printer, serial number CN1351C552 were forfeited to the United States pursuant to 18 U.S.C. § 1028(B)(5).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On April 14, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on September 5, 2013, shall become final at this time.

IT IS SO ORDERED this 9th day of May, 2014.

_____
HONORABLE TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE